UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: Brice A. Bunner and : Case No. 11-57344
Stephanie L. Bunner, : Chapter 7
:
Debtors. : Judge Hoffman

## NOTICE OF PROPOSED PRIVATE SALE

PLEASE TAKE NOTICE that Myron N. Terlecky, Trustee herein, whose address is 575 South Third Street, Columbus, Ohio 43215, proposes to sell the following property of the within estate to the buyer named herein for the price and on the terms and conditions set forth:

**Date of Sale:** On or after 21 days from the date of the mailing of this Notice

**General Description of Property:** A 2007 Kia Rondo with 58,000 miles

**Buyer:** Debtors

**Price:** $2,500.00

**Basis for Suggested Price:** Market value less available exemptions.

**Terms and Conditions:** $2,500 payable immediately

PLEASE TAKE FURTHER NOTICE that the Trustee may proceed with the proposed sale unless within twenty-one (21) days from the date of this Notice:

(1) a party in interest files a written objection, stating the grounds for opposition and a request for hearing with this Court and serves a copy thereof on the Trustee and the Debtors or

1

(2) an entity files a notice of offer to purchase the property and a request for hearing with this Court and serves a copy thereof on the Trustee and the Debtors.

Respectfully submitted,

 /s/  Myron N. Terlecky
Myron N. Terlecky (0018628)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third St.
Columbus, OH 43215
Telephone (614) 228-6345
Facsimile  (614) 228-6369
Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 19, 2011, a true and accurate copy of the foregoing *Notice of Proposed Private Sale* was served on the following registered ECF participants, electronically through the court's ECF system, at the email address registered with the Court:

- Office of the U. S. Trustee
- Athena Inembolidis

and by **ordinary U.S. Mail** addressed to the Debtors, counsel for the Debtors, the Office of the U.S. Trustee, and all creditors and parties in interest as set forth on the attached mailing matrix.

 /s/   Myron N. Terlecky
Myron N. Terlecky  (0018628)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:11-bk-57344<br>Southern District of Ohio<br>Columbus<br>Mon Oct 17 17:49:02 EDT 2011 | Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite 1120<br>Miami, Fl 33131-1605 | Telhio Credit Union, Inc<br>96 N Fourth St<br>Columbus, OH 43215-3163 |
| United States Bankruptcy Court<br>170 North High Street<br>Columbus, OH 43215-2414 | Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | Bank of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 |
| Bank of America<br>PO Box 17054<br>Wilmington, DE 19850-7054 | Capital Management Services, LP<br>726 Exchange St.<br>Suite 700<br>Buffalo, NY 14210-1464 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Correspondence Dept.<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 430543025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | E-Choice Solutions<br>201 Outerbelt St.<br>Columbus, OH 43213-1529 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 |
| Fifth Third Bank<br>Attn: Bankruptcy Department/MD 1MOC20<br>5050 Kingsley Dr.<br>Cincinnati, OH 45227-1115 | Fifth Third Bank<br>P.O. Box 829009<br>Dallas, TX 75382-9009 | PNC Bank<br>Collections Clerical Unit<br>2730 Liberty Ave.<br>Pittsburgh, PA 15222-4704 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Sallie Mae<br>1002 Arthur Dr.<br>Lynn Haven, FL 32444-1683 | Sallie Mae<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 |
| Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706-1496 | Telhio<br>96 N. 4th St.<br>Columbus, OH 43215-3163 | Urban Active<br>1056 Wellington Way<br>Suite 200<br>Lexington, KY 40513-2000 |
| Athena Inembolidis<br>Athena Legal, LLC<br>625 City Park Avenue<br>Columbus, OH 43206-1003 | Brice Alexander Bunner<br>221 Glenmont Ave.<br>Columbus, OH 43214-3205 | Myron N Terlecky<br>575 S Third Street<br>Columbus, OH 43215-5755 |
| Stephanie LeAnn Bunner<br>221 Glenmont Ave.<br>Columbus, OH 43214-3205 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Discover Card | End of Label Matrix |
| 12 Reads Way | Mailable recipients 27 |
| New Castle, DE 19720-1649 | Bypassed recipients 0 |
| | Total 27 |