## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| Case No.: | 11-57344-JEH | Trustee Name: | Myron N. Terlecky |
|---|---|---|---|
| Case Name: | BUNNER, BRICE ALEXANDER AND BUNNER, STEPHANIE LEANN | Date Filed (f) or Converted (c): | 07/14/2011 (f) |
| For the Period Ending: | 10/20/2011 | §341(a) Meeting Date: | 08/22/2011 |
| | | Claims Bar Date: | 11/23/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Residence 221 Glenmont Ave. Columbus, OH 43214 | $138,600.00 | $0.00 | DA | $0.00 | FA |
| 2  Petty cash | $104.00 | $0.00 | DA | $0.00 | FA |
| 3  Checking account at PNC Bank | $33.00 | $0.00 | DA | $0.00 | FA |
| 4  Custodial Savings account at PNC Bank | $1.00 | $0.00 | DA | $0.00 | FA |
| 5  Business checking account with PNC Bank | $7.00 | $0.00 | DA | $0.00 | FA |
| 6  Checking account with Huntington Bank | $543.00 | $0.00 | DA | $0.00 | FA |
| 7  Savings account with Telhio Credit Union | $4.50 | $0.00 | DA | $0.00 | FA |
| 8  Savings Account with Huntington Bank | $64.00 | $0.00 | DA | $0.00 | FA |
| 9  Custodial Savings Account with PNC | $1.00 | $0.00 | DA | $0.00 | FA |
| 10 Used furniture | $1,500.00 | $0.00 | DA | $0.00 | FA |
| 11 Used clothing | $200.00 | $0.00 | DA | $0.00 | FA |
| 12 Wedding band | $400.00 | $0.00 | DA | $0.00 | FA |
| 13 Wedding band | $300.00 | $0.00 | DA | $0.00 | FA |
| 14 Tools | $1,500.00 | $0.00 | DA | $0.00 | FA |
| 15 Term life insurance policy through American General, wife is beneficiary | $0.00 | $0.00 | DA | $0.00 | FA |
| 16 Term life insurance through American General, Husband is beneficiary | $0.00 | $0.00 | DA | $0.00 | FA |
| 17 Undeposited Check for Son's Custodial Account | $50.00 | $0.00 | DA | $0.00 | FA |
| 18 1997 Honda Civic, 157,000 miles, fair condition | $1,275.00 | $0.00 | DA | $0.00 | FA |
| 19 2007 Kia Rondo, 58,000 miles, fair condition | $7,525.00 | $2,500.00 | | $0.00 | $6,975.00 |
| 20 Freelance wages that have not been paid but earned | $400.00 | $0.00 | DA | $0.00 | FA |
| 21 Insurance Proceeds from Accident | $7,768.27 | $0.00 | | $0.00 | $7,768.27 |

**Asset Notes:** Amended Schedules filed 7-25-11 (Doc. 13)

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

| | $160,275.77 | $2,500.00 | | $0.00 | $14,743.27 |

| Case No.: | 11-57344-JEH | Trustee Name: | Myron N. Terlecky |
|---|---|---|---|
| Case Name: | BUNNER, BRICE ALEXANDER AND BUNNER, STEPHANIE LEANN | Date Filed (f) or Converted (c): | 07/14/2011 (f) |
| For the Period Ending: | 10/20/2011 | §341(a) Meeting Date: | 08/22/2011 |
| | | Claims Bar Date: | 11/23/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

10/19/2011  On October 19, 2011, a Notice of Private Sale with regard to the kia Rondo (Asset 19) was filed. Claims will be reviewed after the bar date passes and any objections filed by December 15, 2011.

Initial Projected Date Of Final Report (TFR): 02/29/2012     Current Projected Date Of Final Report (TFR):

/s/ MYRON N. TERLECKY
MYRON N. TERLECKY